

**ORDERED in the Southern District of Florida on January 28, 2014.**

**Erik P. Kimball, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

IN RE:                                                   CASE NO. 14-10550-EPK

BRENDA SUE JANDJEL,                         CHAPTER 7

     Debtor.
_____/

**ORDER GRANTING DEBTOR'S *EX-PARTE* MOTION TO EXTEND
DEADLINE FOR COMPLIANCE WITH NOTICE TO FILE REQUIRED
DOCUMENTS AND/OR CORRECT FILING DEFICIENCIES**

THIS MATTER came before the Court without hearing on the Debtor's *Ex-Parte* Motion to Extend Deadline for Compliance with Notice to File Required Documents and/or Correct Filing Deficiencies (the "Motion") [DE #11]. The Court having reviewed and considered the Motion, it is ORDERED as follows:

    1.    The Motion is GRANTED;

2. The deadline for the Debtor to comply with the *Notice of Incomplete Filings* is extended through and including Tuesday, February 4, 2014.

###

Submitted by:
Joe M. Grant, Esq.
Attorney Grant is directed to serve a conformed copy of this order, immediately upon receipt, on all parties listed on the Master Service List immediately upon receipt and to file a certificate of service with the Court.