UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:  Case No.: 14-10550-EPK
Chapter 7

BRENDA SUE JANDJEL,

    Debtor.
_____/

NOTICE OF APPEARANCE

Comes now Evan S. Singer, Esquire of the law firm of Timothy D. Padgett, P.A., and gives this Notice of Appearance on behalf of Green Tree Servicing LLC (MOVANT) as the duly authorized servicer for Federal National Mortgage Association.

Dated this 28th day of January, 2014.

Respectfully submitted,

/S/ Evan S. Singer
_____

Evan S. Singer
Fla. Bar ID: 101406
Timothy D. Padgett, P.A.
6267 Old Water Oak Road
Suite 203
Tallahassee, Florida 32312
(850) 422-2520 (telephone)
(850) 422-2567 (fax)
ess@padgettlaw.net

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 28th day of January, 2014, a true and correct copy of the foregoing was served by U.S. Mail, First Class, and/or electronic transmission to Brenda Sue Jandjel, 11601 Island Lakes Lane, Boca Raton, FL 33498; Menotte , Deborah, Trustee, P.O. Box 211087, West Palm Beach, FL 33421 ; Grant, Joe M., Marshall Socarras Grant, P.L, 197 S. Federal Hwy #300 , Boca Raton, FL 33432; and those parties receiving CM/ECF service.

    /s/ Evan S. Singer, Esq.

Evan S. Singer, Esq.