UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                             Case No.  14-11950

Filigree Wideslab of Florida, Inc.
                                                   Chapter   7


_____Debtor(s)._____/

**CERTIFICATE OF SERVICE**

      I certify that I have uploaded the following documents to BAE Systems' The Noticing Center for service, which has served the documents as indicated:

Application to Employ Stampler Auctions as Auctioneer [7]
Notice of Hearing [8]
Motion to Sell Free and Clear of Liens [9]
Motion to Shorten [11]
Order Granting Motion to Shorten [12/13]

      Respectfully submitted,

**MARSHALL SOCARRAS GRANT, P.L.**
197 South Federal Highway, Suite 300
Boca Raton, Florida  33432
Telephone No. 561.672.7580
Facsimile No. 561.672.7581
Email:  lpecan@msglaw.com

By:   /s/ Lawrence E. Pecan

    LAWRENCE E. PECAN
    Florida Bar No. 99086

United States Bankruptcy Court
Southern District of Florida

In re:                                                                Case No. 14-11950
Filigree Wideslab of Florida, Inc.                                    Chapter 7
        Debtor

## CERTIFICATE OF SERVICE

District/off: 113c-c            User: 119                Page 1 of 3            Date Rcvd: Jan 31, 2014
                                Form ID: serhhh          Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Noticing Center on Feb 01, 2014.
```
db         Filigree Wideslab of Florida, Inc.,    3501 S.W. 46th Avenue,    Fort Lauderdale, FL 33314-2218
1          3501 Burris Rd. LLC,    48 East Flagler Street,    Miami, FL 33131-1011
2          AT&T Mobility,    PO Box 6463,    Carol Stream, IL 60197-6463
3          Allied Engineering & Testing, Inc.,    5850 Corporation Circle,    Fort Myers, FL 33905-5026
4          American Epress - 91003,    PO Box 360001,    Fort Lauderdale, FL 33336-0001
5          American Express,    PO Box 297879,    Fort Lauderdale, FL 33329-7879
6          Bank of America,    P.O. Box 15710,    Wilmington, DE 19886-5710
7          Bigham Insulation & Supply Co., Inc,    PO Box 22146,    Fort Lauderdale, FL 33335-2146
8          Brand Energy Solutions, LLC (239),    PO Box 91473,    Chicago, IL 60693-1473
9          Bret R. Fairbrother,    411 N New River Dr. E Apt. 2603,    Fort Lauderdale, FL 33301-3182
44         Brett A Elam Esq.,    2001 Palm Beach Lakes Boulevard,    Suite 410,
            West Palm Beach, FL 33409-6516
10         Brian E. McMichael,    4757 NW 119th Avenue,    Pompano Beach, FL 33076-3534
11         Broward County Tax Collector,    1800 NW 66th Ave,    Suite 100,    Fort Lauderdale, FL 33313-4523
12         Builders Notice Corp.,    708 South Andrews Ave,    Fort Lauderdale, FL 33316-1032
13         Comcast,    PO Box 530099,    Atlanta, GA 30353-0099
14         Davie Battery & Alternator,    6325 S.W. 37th St,    Fort Lauderdale, FL 33314-2512
15         Dealers Southern Lubricants,    2040 NW 40th Court,    Pompano Beach, FL 33064-8702
16         FPL,    General Mail Facility,    Miami, FL 33188-0001
17         Fairbrother Transport Inc.,    2464 N.W. 64th St,    Boca Raton, FL 33496-3620
18         Fairbrother Transport, Inc.,    411 N New River Dr. E Apt. 2603,    Fort Lauderdale, FL 33301-3182
19         Falcon Tire Center,    4400 S.W. 36 St,    Fort Lauderdale, FL 33314
20         Ferncrest Utilities,    3015 SW 54th Avenue,    Fort Lauderdale, FL 33314-1950
21         Glickman, Witters & Marell,    1601 Forum Pl,    West Palm Beach, FL 33401-8195
22         Grainger,    2131 SW 2nd St,    Bldg 8,    Pompano Beach, FL 33069-3100
23         Hoses Plus, Inc.,    5021 South State Road 7,    Suite 204,    Fort Lauderdale, FL 33314-5635
24         INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
            PHILADELPHIA PA 19101-7346
25         Imperial Foam & Insulation Mfg. Co., Inc,    2360 Old Tomoka Road,    Ormond Beach, FL 32174-2529
45         Kenneth A Welt,    www.trusteewelt.com,    1776 N. Pine Island Rd.,    Ste. 222,
            Plantation, FL 33322-5223
26         Keye & Landi CPS's,    1640 N. 69th Way,    Hollywood, FL 33024-5634
27         Labor Finders of Broward County, Inc.,    PO Box 6458,    Lake Worth, FL 33466-6458
28         National Tool Supply, Inc.,    5725 Hallandale Beach Blvd,    Hollywood, FL 33023-5277
29         New Line Transport,    PO Box 904139,    Charlotte, NC 28290-4139
30         Office of the US Trustee,    51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
31         P&M Welding Supply, Inc.,    4505 S.W. 36th St,    Fort Lauderdale, FL 33314-2202
32         Premium Assigment Corporation,    PO Box 8800,    Tallahassee, FL 32314-8800
33         Progressive,    PO Box 30108,    Tampa, FL 33630-3108
34         Repro Products, Inc.,    4651 SW 51 St,    Fort Lauderdale, FL 33314-5515
35         Robert C. Malt,    196 Silverspur Tr.,    Hot Springs National Park, AR 71913-6809
36         Robert Fairbrother,    347 N New River Dr. E Apt. 2610,    Fort Lauderdale, FL 33301-3169
37         Safway Services, LLC (Miami),    PO Box 1991,    Milwaukee, WI 53201-1991
38         Safway Services, LLC (Tampa),    8006 East Sligh Ave,    Tampa, FL 33610-9513
39         Strand-Tech Martin, Inc.,    PO Box 9098,    New York, NY 10256-0006
40         Structures International, Inc.,    7501 Wiles Road,    Suite 106-B,    Pompano Beach, FL 33067-2063
41         Supermix,    PO Box 557520,    Miami, FL 33255-7520
42         Universal Concrete & Ready Mix Corp.,    1050 West Okeechobee Road,    Hialeah, FL 33018
43         Vertical IT,    550 Adams St,    Suite 3,    Quincy, MA 02169-1300
```

Notice by electronic transmission was sent to the following persons/entities by the Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

```
District/off: 113c-c          User: 119              Page 2 of 3            Date Rcvd: Jan 31, 2014
                              Form ID: serhhh        Total Noticed: 46

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the document specified in the Form ID field of this Certificate of Service to the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Feb 01, 2014**                              **Signature:**    _Joseph Speetjens_

```
District/off: 113c-c          User: 119              Page 3 of 3           Date Rcvd: Jan 31, 2014
                              Form ID: serhhh        Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2014 at the address(es) listed below:
```
nef             Brett A Elam Esq.    ecf@ombkc.com
nef             Kenneth A Welt       court@trusteeservices.biz
nef             Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                    TOTAL: 3
```